IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES JANIAS YOUNG, #247036,    :

    Plaintiff,                :

vs.                           :   CIVIL ACTION 05-0744-KD-M

JACKIE BRIDGEFORTH, et al.,    :

    Defendants.           :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

The Clerk is DIRECTED to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, this Order adopting the Report and Recommendation, and the Judgment dismissing this action.

DONE this 14th day of May, 2007.

Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE